IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO. 5:05cr46/RS
                                    5:08cv90/RS-MD

WILLIE CHEVELL. CAMERON,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 111). Defendant has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion to Vacate, Set Aside or Correct Sentence (Doc. 97) is denied.

3. The clerk is directed to close the file.

**ORDERED** on March 16, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**